IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
2012 AUG -9 AM 9: 31
CLERK_____
SO. DIST. OF GA.

ESTERS WILLIAMS,   )
      Plaintiff,   )
      v.   )    CIVIL ACTION NO.: CV511-106
         )
MICHAEL J. ASTRUE,   )
Commissioner of Social Security,   )
      Defendant.   )

## ORDER

After a careful review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this ____ day of _____, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA